RECEIVED

DEC 17 2024

United States District Court
Northern District of Mississippi

ND-MS-JACKSON P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)                    PAGE 1

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF MISSISSIPPI

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

DEC 17 2024

BY _____ ARTHUR JOHNSTON
_____ DEPUTY

ANTONIO D YOUNG
Plaintiff

v.

Hinds County Sheriff's Office
Hinds County Board of supervisors
Defendant

CASE NO. 24-146

3:24-cv-808-TSL-ASH

## PRISONER'S COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT

1. The Plaintiff's full legal name, the name under which the Plaintiff was sentenced, the Plaintiff's inmate identification number, the Plaintiff's mailing address, and the Plaintiff's place of confinement are as follows:

A. Legal name:

B. Name under which sentenced:

C. Inmate identification number:

D. Plaintiff's mailing address (street or post office box number, city, state, ZIP):

E. Place of confinement:

ANTONIO D YOUNG
N/A Pretrial ANTONIO YOUNG
7700027575
1450 COUNTY Farm Rd.
RAYMOND Ms. 39154
Hinds County Detention Facility

2. Plaintiff names the following person(s) as the Defendant(s) in this civil action:

Name:

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP):

TYREE JONES
Hinds County Sheriff
1450 County Farm Rd.
RAYMOND MS. 39154

ND MISS FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)

PAGE 2

Name:

Title (Superintendent, Sheriff, etc.): *Hinds County Board*

Defendant's mailing address (street or post office box number, city, state, ZIP) *of Supervisors 316 S. President St. Jackson Ms. 39201*

Name:

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP)

Name:

Title (Superintendent, Sheriff, etc.):

Defendant's mailing address (street or post office box number, city, state, ZIP)

(If additional Defendants are named, provide on separate sheets of paper the complete name, title, and address information for each. Clearly label each additional sheet as being a continuation of Question 2).

3.  Have you commenced other lawsuits in any other court, state or federal, dealing with or pertaining to the same facts that you allege in this lawsuit or otherwise relating to your imprisonment?     ☐ Yes     ☑ No

4.  If you checked "Yes" in Question 3, describe each lawsuit in the space below. If there is more than one lawsuit, describe the additional lawsuit(s) on separate sheets of paper, clearly label each additional sheet as being a continuation of Question 4.

    A. Parties to the lawsuit:

    Plaintiff(s):

    Defendant(s):

    B. Court:

    D. Judge's Name:                          C. Docket No.:

    F. Date decided:                          E. Date suit filed:

                              G. Result (affirmed, reversed, etc.):

5.  Is there a prisoner grievance procedure or system in the place of your confinement?     ☑ Yes     ☐ No

6.  If "Yes," did you present to the grievance system the same facts and issues you allege in this complaint? (See question 9, below).     ☐ Yes     ☑ No

7.  If you checked "Yes" in Question 6, answer the following questions:

ND MISS FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)

PAGE 3

A. Does the grievance system place a limit on the time within which a grievance must be presented?  ☐ Yes   ☐ No

B. If you answered "Yes," did you file or present your grievance within the time limit allowed?  ☐ Yes   ☐ No

C. The court must find that you exhausted the prison's grievance system and administrative remedies before it can consider this Complaint. State everything you did to present your grievance(s). Be specific. Include the date(s) on which you filed or presented your grievances to prison officers; identify the officer(s). State your claim(s) exactly.

D. State specifically what official response your grievance received. If the prison provides an administrative review of the decision on your grievance, state whether you applied for that review and what the result was.



ND MISS FORM P3. COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)

PAGE 4

Special Note: Attach to this Complaint as exhibits complete copies of all requests you made for administrative relief through the grievance system, all responses to your requests or grievances, all administrative appeals you made, all responses to your appeals, and all receipts for documents that you have.

8. If you checked "No" in Question 6, explain why you did not use the grievance procedures or system.

I didn't Know I had to fill out one first concerning my situation.

9. Write below, as briefly as possible, the facts of your case. Describe how each Defendant is involved. Write the names of all other persons involved. Include dates and precise places of events. Do not give any legal argument or cite any legal authority. If you have more than one claim to present, number each claim in a separate paragraph. If you have more than one necessary, label attached pages as being continuations of Question 9. Attach additional pages only if

On or about the 20th of August 2024 between 1 and 2:30 pm Captain McBride and several of his duputies conducted a shake down for Contraband on Pod-C unit 2. During the shake down they found phones, weapons and other contraband, but failed to get all the weapons off the unit. Some of the inmate's got mad because there things were taken so it caused conflict on the unit. Around 5 minutes after the duputies left the unit I was at the cage trying to get an inmates door open when I was attacked from behind by two inmates with weapons. I was hit in the head by one inmate twice before they both started stabbing me with knife's in the back and head. Sgt. Datson was in the tower and witness the incident before he came on the unit and stopped the two inmate's from assaulting me. He (Sgt. Datson) then took me off the unit to medical. When I

ND MISS FORM P3, COMPLAINT CHALLENGING CONDITIONS OF CONFINEMENT (4/00)    PAGE 5

arrived at medical I was bleeding very bad from the head so, the nurse's determined I need staples so, I was transport to hospital where I recieved 3 staples and treatal for my other injuries, to my neggand back

10. State briefly exactly what you want the court to do for you. Do not make legal arguments. Do not cite legal authority.

I would like to be confinsated for my injuries, pain and suffering as well as well as mental and emotional damage as a result of my attack. I now have frequent headaches, sometimes I have dreams of the attack and I wake up in fear and cold sweats. I constently watch over my back in fear of getting attacked again becduse of the lack of gaurds on duty. I would like to recieve $350,000 for all I had and still having to endure.

This Complaint was executed at (location): Hinds County Detention facility P.C-1

and I declare or certify or verify or state under penalty of perjury that this Complaint is true and correct.

Date: 11/5/2024

Antonio Young

Plaintiff's Signature